UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:  KARCREDIT, L.L.C.  Case Number: 20-30681
DEBTOR  Chapter 7

_____

## NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT

Ronnie Ward, Sharon Ward, and Car King, LLC give notice of their appeal from the order enforcing the automatic stay of bankruptcy entered on the motions of Cross Keys Bank and John C. Conine, Trustee, on November 12, 2020, prohibiting appellants from pursing their unrelated claims against Cross Keys Bank and others and ordering the improperly removed adversary proceeding bearing docket number 20-03014 dismissed as a violation of the automatic stay rather than for lack of jurisdiction.

The parties to this appeal are Cross Keys Bank and John C. Conine, Trustee, and appellants, Ronnie Ward, Sharon Ward, and Car King, LLC.

Cross Keys Bank is represented by Patrick L. McCune, 445 Louisiana Avenue, Baton Rouge, Louisiana, 70802, and Frank H. Spruill and Seth Moyers, 330 Marshall Street, Suite 1000, PO Box 21990, Shreveport, Louisiana 71120-1990.  The Trustee was represented by John Luster, PO Box 488, Natchitoches, Louisiana, 71458-0488.

Appellants are represented by James A. Rountree, 400 Hudson Lane, Monroe, Louisiana, 71201

Respectfully submitted,

\s\James A. Rountree
James A. Rountree, 11491

\\Server2\jar\5911.000 Ward, Ronnie\ntc of appeal 111320.wpd

Rountree Law Offices
400 Hudson Lane
Monroe, Louisiana 71201
Telephone: (318) 398-2737
Facsimile: (318) 398-2738

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

    Monroe, Louisiana, this 13th day of November, 2020.

\s\James A. Rountree
James A. Rountree